**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:24-MJ-00027 BAM |
| **WILLIAM BOSMA** | |
| Defendant. | |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: William Bosma
Detained at: Tulare County South County facility
Detainee is:   a.) ☐ charged in this district by:   ☐ Indictment   ☐ Information   ☒ Complaint
   charging detainee with: _____
or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☐ return to the custody of detaining facility upon termination of proceedings
or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 22, 2024 at 2:00 PM in Courtroom 9 in the Eastern District of California.*

Signature: /s/ Antonio J. Pataca
Printed Name & Phone No: ANTONIO J. PATACA
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 22, 2024, at 2:00 PM in Courtroom 9, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   **March 19, 2024**     */s/ Barbara A. McAuliffe*
   Honorable Barbara A. McAuliffe
   U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | | DOB: | 12/3/1970 |
| Facility Address: | 1960 West Scranton, Porterville | Race: | White |
| Facility Phone: | 559-782-7800 | FBI#: | 543676WA0 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____
   (signature)