PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>WILLIAM BOSMA,<br><br>                    Defendant. | CASE NO. 1:24-CR-00055-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |

**STIPULATION**

1.  By previous order, this matter was set for status on January 15, 2025.

2.  By this stipulation, defendant now moves to vacate the status conference as to him only and set a change of plea hearing on October 21, 2024.  Time has already been excluded through and including January 15, 2025, under Local Code T4.

3.  On September 12, 2024, the signed plea agreement was filed.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

     IT IS SO STIPULATED.

Dated: September 12, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: September 12, 2024

/s/ MARK COLEMAN
MARK COLEMAN
Counsel for Defendant
WILLIAM BOSMA

**ORDER**

IT IS SO ORDERED.

DATED: 9/12/2024

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE