MARK W. COLEMAN, #117306
Law Office of Mark W. Coleman
2300 Tulare Street, 300
Fresno, CA 93721
Telephone: (559) 552-8800
Facsimile: (559) 475-9328

Attorneys for Defendant WILLIAM BOSMA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>WILLIAM BOSMA,<br><br>                Defendant. | CASE NO.  1:24-CR-00055-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:  April 7, 2025<br>Time:  9:00 a.m.<br>Dept.:  4 (JLT) |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for April 7, 2025, at 9:00 a.m., be continued to June 2, 2025, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that additional time is needed for counsel and Defendant to prepare for sentencing.  Specifically, counsel will be out of the country from March 6, 2025, through March 24, 2025, and additional time is needed for counsel to review pre-sentencing documents with Defendant and prepare informal objections to the Presentence Investigation Report.  Additionally, counsel has a murder Trial scheduled to begin on April 21, 2025 in the Fresno County Superior Court.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Antonio Pataca, who has no objection to this continuance.

///

Dated: February 28, 2025.                Respectfully Submitted,

                                                    LAW OFFICE OF MARK W. COLEMAN

                                                  /s/ MARK W. COLEMAN

                                                  MARK W. COLEMAN
                                                  Attorney for Defendant

Dated: February 28, 2025.                UNITED STATES ATTORNEY'S OFFICE

                                                  /s/ Antonio Pataca

                                                  ANTONIO PATACA
                                                  Assistant U.S. Attorney

                                      \* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the Sentencing currently scheduled on April 7, 2025, at 9:00 a.m. is continued to **June 2, 2025 at 9:00 a.m**.

IT IS SO ORDERED.

    Dated:   **March 3, 2025**

                                                  UNITED STATES DISTRICT JUDGE