MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
　　　　WILLIAM BOSMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM BOSMA,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:24-CR-00055-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF WILLIAM BOSMA AS ATTORNEY OF RECORD AND ORDER** |

　　　　On March 22, 2024, Defendant, WILLIAM BOSMA, was indicted on federal charges. CJA Panel Attorney Mark W. Coleman was appointed as trial counsel to represent Mr. Bosma on March 26, 2024, in his criminal case. Mr. Bosma was sentenced pursuant to a plea agreement on June 2, 2025. The time for filing a direct appeal was June 18, 2025. No direct appeal was filed. Mr. Bosma was in custody at sentencing. The trial phase of Mr. Bosma's criminal case has, therefore, come to an end.  Having completed his representation of Mr. Bosma, CJA attorney Mark W. Coleman now moves to terminate his appointment under the Criminal Justice Act.

　　　　Should Mr. Bosma require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330,

Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 24, 2025.                    Respectfully Submitted,

                                             LAW OFFICE OF MARK W. COLEMAN

                                             /s/ MARK W. COLEMAN

                                             MARK W. COLEMAN
                                             Attorney for Defendant

**ORDER**

Having reviewed the notice and found that attorney Mark W. Coleman has completed the services for which he was appointed, the Court hereby grants attorney Coleman's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant William Bosma at the following address and to update the docket to reflect Defendant's pro se status and contact information.

    William Bosma, Register Number: 03833-511
    FCI Terre Haute
    Federal Correctional Institution
    P.O. Box 33
    Terre Haute, IN 47808

IT IS SO ORDERED.

   Dated:   **July 25, 2025**                             _/s/ Jennifer L. Thurston_
                                                          UNITED STATES DISTRICT JUDGE