ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WILLIAM BOSMA,<br><br>　　　　　　　　　　Defendant. | CASE NO.: 1:24-CR-00055-JLT-SKO<br><br>ORDER GRANTING EXTENSION OF TIME<br>(Docs. 470, 741) |

Having reviewed the government's request for an extension of time in this case, the litigation schedule in this matter shall be modified as follows and government's response to the movant's motion shall be due November 25, 2025 and the movant's reply, if any, shall be due December 30, 2025.

IT IS SO ORDERED.

　　Dated:　**September 23, 2025**　　　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING EXTENSION OF TIME