# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>WILLIAM BOSMA,<br><br>            Defendant. | Case No: 1:24-cr-00055 JLT SKO<br><br>ORDER ON UNITED STATES' MOTION FOR ORDER FINDING WAIVER OF PETITIONER'S ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES<br><br>(Doc. 730) |

      Good cause appearing, the United States' motion for limited waiver of William Bosma's attorney-client and work product privileges (Doc. 730) is **GRANTED** with modifications as follows:

      (1)     The attorney-client privilege of Mr. Bosma is waived with respect to all communications between Bosma and his former attorney, Mark Coleman, concerning events and facts related to the claims of ineffective assistance of counsel in Defendant's § 2255 motion (Doc. 723).

      (2)     The work product privilege is waived with respect to the work product of attorney Mark Coleman concerning events and facts related to the ineffective assistance of counsel claims.

      (3)     Attorney Mark Coleman and his staff and agents if relevant, may disclose to the United States communications between him and Mr. Bosma concerning events and facts related to the ineffective assistance of counsel claims.

      (4)     Attorney Mark Coleman may provide the United States with a declaration addressing

communications with Mr. Bosma and work product concerning events and facts related to the ineffective assistance of counsel claims presented in Defendant's § 2255 motion. Attorney Coleman may communicate and coordinate with government counsel to ensure that all issues are adequately addressed in the declaration.

(5) The government shall not use or disclose the privileged material it obtains in this habeas action for any purpose or to any party or in any proceeding beyond this action.

**ALTERNATIVELY**, if in light of the above finding of the waiver of these privileges petitioner wishes to change his decision as to whether he wishes to proceed with his pending § 2255 motion asserting an ineffective assistance of counsel claim, he must notify this court within **twenty-one (21) days** of the date of this order by withdrawing the allegations concerning ineffective assistance of counsel in his pending motion. Petitioner's failure to do so within the time provided will be deemed by the court to be a confirmation of the alternative portion of this order finding petitioner's waiver of the attorney client and work product privileges.

IT IS SO ORDERED.

Dated:   **October 2, 2025**

UNITED STATES DISTRICT JUDGE

2